UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22197-CIV-ALTONAGA/Damian

**AMBER J. SOLIDAY**,

    Plaintiff,
v.

**DRIFTWOOD HOSPITALITY MANAGEMENT, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Revised Joint Motion to Approve Settlement and Dismiss with Prejudice [ECF No. 24], filed on August 15, 2023. The parties seek approval of their Settlement Agreement [ECF No. 24-1], which includes a provision for the award of attorney's fees, a general release, and other non-monetary terms. (*See generally id.*). Under the terms of the Agreement, Plaintiff will receive $2,120.00, representing $1,020 in overtime compensation and $1,100.00 for liquidated damages, and in "consideration for the remaining covenants in the [A]greement." (Joint Mot. 1–2; *see* Agreement 1–2). Plaintiff's counsel will receive $4,880.00 in attorney's fees and costs, making the total settlement amount $7,000.00. (*See* Agreement 1–2; Joint Mot. 1–2).

Upon review of the record and the parties' documented basis for a settlement of this FLSA case, including an award of attorney's fees and costs to Plaintiff's counsel, the Court finds settlement of this action is fair and reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Revised Joint Motion to Approve Settlement and Dismiss with Prejudice

      **[ECF No. 24]** is **GRANTED**.

2. The Settlement Agreement between Plaintiff Amber J. Soliday and Defendant Driftwood Hospitality Management, LLC, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 17th day of August, 2023.

*[Signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record